**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**In re:**                                                          Case No. 24-14646-LMI

IDELISA SARRIA ESTRADA,                             Chapter 7

    Debtor.                                                        Adv. Proc. No.
_____/

S.I. FINANCIAL CORPORATION,

    Plaintiff,

v.

IDELISA SARRIA ESTRADA,

    Defendant.
_____/

FILED-USBC, FLS-FTL
'24 OCT 11 PM 3:08

## PLAINTIFF'S COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT

Plaintiff, S.I. FINANCIAL CORPORATION, by and through its undersigned counsel, hereby represents as follows:

1. The Court has jurisdiction to hear this Complaint pursuant to 28 U.S.C. §157(a)(b)(1), (b)(2)(I) (core proceeding), § 1334(b), 11 U.S.C. § 1328(a) and 11 U.S.C. § 523(a)(2).

2. In accordance with Fed. R. Bankr. P. 7008, S.I. FINANCIAL CORPORTATION consents to the entry of final orders and judgments by this Court.

3. On May 10, 2024, Defendant, IDELISA SARRIA ESTRADA, filed a Chapter 7 Bankruptcy petition, commencing the above case.

4.     The Loan was applied for by the Defendant on or about March 29, 2023. The Defendant provided false information on the application, such as being employed by "Roda Health Group" with an annual salary of "$165,000.00." See "Exhibit A".

5.     The balance on the Loan as of the date of the filing of the Chapter 7 petition was approximately $7,108.36. The current balance is $8,042.19, however the initial amount Defendant financed was $19,669.46. Defendant did not make a single payment toward her loan and it was only after the subject unit was found in Puerto Rico via GPS that Plaintiff was able to send a repossession team to retrieve the vehicle, auction it off and have the proceeds applied to the loan.

6.     The terms and conditions of the Retail Installment Sale Contract Agreement between Defendant and Plaintiff calls for the payment of all costs, including reasonable attorneys' fees, expended by Plaintiff in the collection of the Account, which is hereby requested in the following count.

7.     The Defendant has not made any payments toward the Loan since filing her Chapter 7 Petition.

8.     Attached hereto as Exhibit "B" is the account statement for the Account which reflect the charge activity alleged in this Complaint.

9.     According to Schedule F of the Debtor's bankruptcy petition, she has $815,270.14 in unsecured, nonpriority debt.

10.    According to Schedule I of the Debtor's bankruptcy petition, she has monthly net income totaling $4,395.33.

11. The Defendant's petition and schedules reflect insufficient income and assets from which she reasonably could have expected to repay Plaintiff, as well as her other living expenses and unsecured debt.

12. The Defendant has a certain level of financial sophistication as evidenced by the fact that she owns a business, pays rent, makes payments for a vehicle and auto insurance, utilities and other household bills, and has maintained and used multiple credit/charge card accounts and taken out over ten loans to finance other vehicles.

13. The Defendant applied for approximately ten loans over a course of three and a half months, purchasing various luxury vehicles.

14. The Defendant's filing various loans during the three and a half months represents a sudden change in Defendant's buying habits.

15. At the time Defendant filed for a loan with Plaintiff, the Defendant had good credit history, such that Plaintiff justifiably relied on the Defendant's misrepresentations as to her intent to repay.

16. The Defendant obtained the goods through representations which she either knew to be false or were made with such reckless disregard for the truth as to constitute willful misrepresentations.

17. The Defendant made the misrepresentations with the intention and purpose of deceiving Plaintiff.

18. As the proximate result of extending credit based on the Defendant's misrepresentations, Plaintiff has sustained loss and damage in the amount of $8,042.19.

19. Plaintiff asserts that, when this loan was applied for, the Defendant was misrepresenting her intent and ability to repay Plaintiff as required by the terms of the Retail Installment Sale Contract Agreement.

20. The balance of the Account in the amount of $8,042.19 was incurred by the Defendant with knowledge of her inability to repay the debt.

21. A portion of the balance of the Account in the amount of $8,042.19 was incurred by the Defendant without the intent to repay it.

22. The Defendant incurred a portion of the balance of the Account in the amount of $8,042.19through false pretenses, a false representation, or actual fraud.

23. For the foregoing reasons, a portion of the balance of the Account in the amount of $8,042.19is nondischargeable pursuant to 11 U.S.C. §523(a)(2)(A).

24. For the foregoing reasons, a portion of the balance of the Account in the amount of $$8,042.19is nondischargeable pursuant to 11 U.S.C. §523(a)(2)(C).

**WHEREFORE**, Plaintiff, S.I. FINANCIAL CORPORATION prays this Honorable Court for a nondischargeable judgment pursuant to 11 U.S.C. §§523(a)(2)(A) and (a)(2)(C); against Defendant, IDELISA ESTRADA, in the total amount of $8,042.19, plus costs, and for any such further relief as the Court may deem appropriate.

**[THIS SECTION HAS BEEN INTENTIONALLY LEFT BLANK.]**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically via the Court's CM/ECF system to all persons registered to receive electronic notice on this 11th day of October, 2024.

/s/ *Richard Bandish*
**RICHARD A. BANDISH, ESQ.**
Florida Bar No.: 49839
Attorney for Creditor,
S.I. FINANCIAL CORPORATION
299 Camino Gardens Blvd., Suite 203
Boca Raton, FL 33432
Telephone: (561) 617-7910
Facsimile: (561) 416-1049
Service e-mail: rbandish@sifinancialcorp.com

**EXHIBIT A**

## Applicant

| First Name | Middle Name | Last Name | Phone | Social Security Number |
|---|---|---|---|---|
| Idelisa | | Sarria Estrada | 7863431523 | [redacted] |

| Date Of Birth | Marital Status | Email |
|---|---|---|
| [redacted] | Not Married | sarriaestrada1@gmail.com |

## Driver's License

| License Number | License State |
|---|---|
| [redacted] | FL |

| License Issued | License Expiry |
|---|---|
| May 27 2021 | July 24 2029 |

## Vehicle

| Condition | Manufacturer | Price | Class | Model |
|---|---|---|---|---|
| | Yamaha | $0 | Watercraft | Limited |

| Year | Title | Down Payment | Subclass | VIN |
|---|---|---|---|---|
| 2023 | | $0 | | |

## Home Address

| Street Number | Street Name | City | County | State | Zip Code |
|---|---|---|---|---|---|
| 7291 | W 24th Ave | Hialeah | Miami Dade | FL | 33016 |

| Residential Status | Landlord Name | Mortgage Lender Name | Months | Monthly Mortgage | Monthly Rent |
|---|---|---|---|---|---|
| Other | Family | | 48 | $0 | $700 |

## Job

| Employer Name | Job Title | Full Or Part Time | Months At Job | Annual Salary |
|---|---|---|---|---|
| Roda Health Group | Manager | Full Time | 48 | $165,000 |

| Job Address Line | Job City | Job State | Job Zip Code | Job Phone |
|---|---|---|---|---|
| 306 Alcazar Ave | Coral Gables | FL | 33134 | 7863594814 |

## Additional Income

| Additional Income? | Amount | Source |
|---|---|---|
| No | $0 | |

## Reference 1

| First Name | Last Name | Relationship |
|---|---|---|
| Christian | Milanes Valdes | Friend |

| City | State | Zip Code | Phone |
|---|---|---|---|
| Hialeah | FL | 33015 | 7865755618 |

## Reference 2

| First Name | Last Name | Relationship |
|---|---|---|
| Froilan | Delgado | Friend |

| City | State | Zip Code | Phone |
|---|---|---|---|
| Miami | FL | 33165 | 7862248376 |

By Signing This Document, You **(Idelisa Sarria Estrada)** Submit And Certify That All Of The Statements In This Application Are True And Made For The Purpose Of Obtaining Credit. You **(Idelisa Sarria Estrada)** Authorize Us To Begin A Credit Investigation, Including Obtaining Your Consumer Credit Report, And To Forward Your Application To Lenders, Financial Institutions, Or Other Third Parties In Order To Process Your Application. We, The Dealer, May Obtain Information About You As Described In This Notice, Which We Handle As Stated In Our Privacy Policy Notice. This Does Not Apply To Information Obtained In A Non-Financial Transaction.

March 29 2023

**EXHIBIT B**

| Account Number: | ■ | Collateral: | 2022 SEA DOO 36NA |
|---|---|---|---|
| Borrower: | Idelisa Sarria Estrada | Co-Borrower: | None |

## TRANSACTIONS

| Date | Ref | Description | | Amount | Balance |
|---|---|---|---|---|---|
| 04/10/2023 | | Loan Origination | | 19,669.46 | |
| 05/09/2023 | 5818 | Fee: Admin Fee | | 6.99 | |
| 05/10/2023 | | Scheduled Payment: 1 | | 426.56 | |
| 05/16/2023 | 5821 | Fee: May 2023 payment is late | | 21.33 | |
| 05/30/2023 | 5820 | Fee: Payment returned | | 40.00 | |
| 06/05/2023 | 3107 | Payment: GAP REFUND | | 889.91 | 19,330.41 |
| | | FEE | 68.32 | | |
| | | INTEREST | 482.54 | | |
| | | PRINCIPAL | 339.05 | | |
| 06/09/2023 | 5822 | Fee: Admin Fee | | 6.99 | |
| 06/10/2023 | | Scheduled Payment: 2 | | 426.56 | |
| 06/15/2023 | 3108 | Payment: Pre-Paid Maintenance Refund | | 1,409.61 | 18,012.48 |
| | | FEE | 6.99 | | |
| | | INTEREST | 84.68 | | |
| | | PRINCIPAL | 1,317.94 | | |
| 06/30/2023 | 3109 | Payment: Battery Service Refund | | 210.94 | 17,919.90 |
| | | INTEREST | 118.36 | | |
| | | PRINCIPAL | 92.58 | | |
| 06/30/2023 | 3110 | Payment: Service Contract Refund | | 1,333.36 | 16,586.54 |
| | | PRINCIPAL | 1,333.36 | | |
| 07/10/2023 | | Scheduled Payment: 3 | | 426.56 | |
| 08/10/2023 | | Scheduled Payment: 4 | | 426.56 | |
| 09/10/2023 | | Scheduled Payment: 5 | | 426.56 | |
| 10/03/2023 | 0 | Advancement - Repo Fees | | 293.00 | 17,869.54 |
| 10/03/2023 | 0 | Advancement - Repo and Admin Fees | | 500.00 | 17,576.54 |
| 10/03/2023 | 0 | Advancement - Storage Fees | | 175.00 | 17,076.54 |
| 10/03/2023 | 7 | Advancement - Repo Fees | | 150.00 | 16,901.54 |
| 10/03/2023 | 5 | Advancement - Ownership Transfer Fees | | 135.00 | 16,751.54 |
| 10/03/2023 | 1 | Advancement - Admin Fees | | 30.00 | 16,616.54 |
| 10/10/2023 | | Scheduled Payment: 6 | | 426.56 | |
| 10/13/2023 | 3111 | Payment: SALE PRICE | | 14,000.00 | 4,638.12 |
| | | INTEREST | 768.58 | | |
| | | PRINCIPAL | 13,231.42 | | |
| 11/10/2023 | | Scheduled Payment: 7 | | 426.56 | |
| 12/10/2023 | | Scheduled Payment: 8 | | 426.56 | |
| 01/10/2024 | | Scheduled Payment: 9 | | 426.56 | |
| 02/10/2024 | | Scheduled Payment: 10 | | 426.56 | |
| 02/25/2024 | 0 | Advancement - Interest | | 278.11 | 5,231.23 |
| 02/25/2024 | 0 | Advancement - Filing Fees | | 315.00 | 4,953.12 |

| Date | | Description | | Amount | Balance |
|---|---|---|---|---|---|
| 02/29/2024 | 0 | Advancement - Process Server | | 45.00 | 5,276.23 |
| 03/10/2024 | | Scheduled Payment: 11 | | 426.56 | |
| 04/10/2024 | | Scheduled Payment: 12 | | 426.56 | |
| 04/11/2024 | 3 | Advancement - Interest | | 140.61 | 5,416.84 |
| 04/25/2024 | 0 | Advancement - Interest | | 391.53 | 7,108.37 |
| 04/25/2024 | 7 | Advancement - Legal Fees | | 1,300.00 | 6,716.84 |
| 05/10/2024 | | Scheduled Payment: 13 | | 426.56 | |
| 06/10/2024 | | Scheduled Payment: 14 | | 426.56 | |
| 07/10/2024 | | Scheduled Payment: 15 | | 426.56 | |
| 08/10/2024 | | Scheduled Payment: 16 | | 426.56 | |
| 09/10/2024 | | Scheduled Payment: 17 | | 426.56 | |
| 10/10/2024 | | Scheduled Payment: 18 | | 426.56 | |
| 11/10/2024 | | Scheduled Payment: 19 | | 426.56 | |
| 12/10/2024 | | Scheduled Payment: 20 | | 426.56 | |
| 01/10/2025 | | Scheduled Payment: 21 | | 426.56 | |
| 02/10/2025 | | Scheduled Payment: 22 | | 426.56 | |
| 03/10/2025 | | Scheduled Payment: 23 | | 426.56 | |
| 04/10/2025 | | Scheduled Payment: 24 | | 426.56 | |
| 05/10/2025 | | Scheduled Payment: 25 | | 426.56 | |
| 06/10/2025 | | Scheduled Payment: 26 | | 426.56 | |
| 07/10/2025 | | Scheduled Payment: 27 | | 426.56 | |
| 08/10/2025 | | Scheduled Payment: 28 | | 426.56 | |
| 09/10/2025 | | Scheduled Payment: 29 | | 426.56 | |
| 10/10/2025 | | Scheduled Payment: 30 | | 426.56 | |
| 11/10/2025 | | Scheduled Payment: 31 | | 426.56 | |
| 12/10/2025 | | Scheduled Payment: 32 | | 426.56 | |
| 01/10/2026 | | Scheduled Payment: 33 | | 426.56 | |
| 02/10/2026 | | Scheduled Payment: 34 | | 426.56 | |
| 03/10/2026 | | Scheduled Payment: 35 | | 426.56 | |
| 04/10/2026 | | Scheduled Payment: 36 | | 426.56 | |
| 05/10/2026 | | Scheduled Payment: 37 | | 426.56 | |
| 06/10/2026 | | Scheduled Payment: 38 | | 426.56 | |
| 07/10/2026 | | Scheduled Payment: 39 | | 426.56 | |
| 08/10/2026 | | Scheduled Payment: 40 | | 426.56 | |
| 09/10/2026 | | Scheduled Payment: 41 | | 426.56 | |
| 10/10/2026 | | Scheduled Payment: 42 | | 426.56 | |
| 10/10/2026 | | Forecasted Payment: 42 | | 146.96 | 7,108.37 |
| | | INTEREST | 146.96 | | |
| 11/10/2026 | | Scheduled Payment: 43 | | 426.56 | |
| 11/10/2026 | | Forecasted Payment: 43 | | 426.56 | 7,108.37 |
| | | INTEREST | 426.56 | | |

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 12/10/2026 | **Scheduled Payment: 44** | | 426.56 | |
| 12/10/2026 | **Forecasted Payment: 44** | | 426.56 | 7,108.37 |
| | INTEREST | 426.56 | | |
| 01/10/2027 | **Scheduled Payment: 45** | | 426.56 | |
| 01/10/2027 | **Forecasted Payment: 45** | | 426.56 | 7,108.37 |
| | INTEREST | 426.56 | | |
| 02/10/2027 | **Scheduled Payment: 46** | | 426.56 | |
| 02/10/2027 | **Forecasted Payment: 46** | | 426.56 | 7,108.37 |
| | INTEREST | 426.56 | | |
| 03/10/2027 | **Scheduled Payment: 47** | | 426.56 | |
| 03/10/2027 | **Forecasted Payment: 47** | | 426.56 | 7,108.37 |
| | INTEREST | 426.56 | | |
| 04/10/2027 | **Scheduled Payment: 48** | | 426.56 | |
| 04/10/2027 | **Forecasted Payment: 48** | | 426.56 | 7,108.37 |
| | INTEREST | 426.56 | | |
| 05/10/2027 | **Scheduled Payment: 49** | | 426.56 | |
| 05/10/2027 | **Forecasted Payment: 49** | | 426.56 | 7,108.37 |
| | INTEREST | 426.56 | | |
| 06/10/2027 | **Scheduled Payment: 50** | | 426.56 | |
| 06/10/2027 | **Forecasted Payment: 50** | | 426.56 | 7,108.37 |
| | INTEREST | 426.56 | | |
| 07/10/2027 | **Scheduled Payment: 51** | | 426.56 | |
| 07/10/2027 | **Forecasted Payment: 51** | | 426.56 | 7,108.37 |
| | INTEREST | 426.56 | | |
| 08/10/2027 | **Scheduled Payment: 52** | | 426.56 | |
| 08/10/2027 | **Forecasted Payment: 52** | | 426.56 | 6,852.67 |
| | INTEREST | 170.86 | | |
| | PRINCIPAL | 255.70 | | |
| 09/10/2027 | **Scheduled Payment: 53** | | 426.56 | |
| 09/10/2027 | **Forecasted Payment: 53** | | 426.56 | 6,519.17 |
| | INTEREST | 93.06 | | |
| | PRINCIPAL | 333.50 | | |
| 10/10/2027 | **Scheduled Payment: 54** | | 426.56 | |
| 10/10/2027 | **Forecasted Payment: 54** | | 426.56 | 6,178.29 |
| | INTEREST | 85.68 | | |
| | PRINCIPAL | 340.88 | | |
| 11/10/2027 | **Scheduled Payment: 55** | | 426.56 | |
| 11/10/2027 | **Forecasted Payment: 55** | | 426.56 | 5,835.63 |
| | INTEREST | 83.90 | | |
| | PRINCIPAL | 342.66 | | |
| 12/10/2027 | **Scheduled Payment: 56** | | 426.56 | |
| 12/10/2027 | **Forecasted Payment: 56** | | 426.56 | 5,485.77 |
| | INTEREST | 76.69 | | |
| | PRINCIPAL | 349.87 | | |
| 01/10/2028 | **Scheduled Payment: 57** | | 426.56 | |
| 01/10/2028 | **Forecasted Payment: 57** | | 426.56 | 5,133.71 |
| | INTEREST | 74.50 | | |

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| | PRINCIPAL | 352.06 | | |
| 02/10/2028 | **Scheduled Payment: 58** | | 426.56 | |
| 02/10/2028 | **Forecasted Payment: 58** | | 426.56 | 4,776.87 |
| | INTEREST | 69.72 | | |
| | PRINCIPAL | 356.84 | | |
| 03/10/2028 | **Scheduled Payment: 59** | | 426.56 | |
| 03/10/2028 | **Forecasted Payment: 59** | | 426.56 | 4,411.00 |
| | INTEREST | 60.69 | | |
| | PRINCIPAL | 365.87 | | |
| 04/10/2028 | **Scheduled Payment: 60** | | 426.56 | |
| 04/10/2028 | **Forecasted Payment: 60** | | 426.56 | 4,044.34 |
| | INTEREST | 59.90 | | |
| | PRINCIPAL | 366.66 | | |
| 05/10/2028 | **Scheduled Payment: 61** | | 426.56 | |
| 05/10/2028 | **Forecasted Payment: 61** | | 426.56 | 3,670.93 |
| | INTEREST | 53.15 | | |
| | PRINCIPAL | 373.41 | | |
| 06/10/2028 | **Scheduled Payment: 62** | | 426.56 | |
| 06/10/2028 | **Forecasted Payment: 62** | | 426.56 | 3,294.22 |
| | INTEREST | 49.85 | | |
| | PRINCIPAL | 376.71 | | |
| 07/10/2028 | **Scheduled Payment: 63** | | 426.56 | |
| 07/10/2028 | **Forecasted Payment: 63** | | 426.56 | 2,910.96 |
| | INTEREST | 43.29 | | |
| | PRINCIPAL | 383.27 | | |
| 08/10/2028 | **Scheduled Payment: 64** | | 426.56 | |
| 08/10/2028 | **Forecasted Payment: 64** | | 426.56 | 2,523.93 |
| | INTEREST | 39.53 | | |
| | PRINCIPAL | 387.03 | | |
| 09/10/2028 | **Scheduled Payment: 65** | | 426.56 | |
| 09/10/2028 | **Forecasted Payment: 65** | | 426.56 | 2,131.65 |
| | INTEREST | 34.28 | | |
| | PRINCIPAL | 392.28 | | |
| 10/10/2028 | **Scheduled Payment: 66** | | 426.56 | |
| 10/10/2028 | **Forecasted Payment: 66** | | 426.56 | 1,733.10 |
| | INTEREST | 28.02 | | |
| | PRINCIPAL | 398.54 | | |
| 11/10/2028 | **Scheduled Payment: 67** | | 426.56 | |
| 11/10/2028 | **Forecasted Payment: 67** | | 426.56 | 1,330.08 |
| | INTEREST | 23.54 | | |
| | PRINCIPAL | 403.02 | | |
| 12/10/2028 | **Scheduled Payment: 68** | | 426.56 | |
| 12/10/2028 | **Forecasted Payment: 68** | | 426.56 | 921.00 |
| | INTEREST | 17.48 | | |
| | PRINCIPAL | 409.08 | | |
| 01/10/2029 | **Scheduled Payment: 69** | | 426.56 | |
| 01/10/2029 | **Forecasted Payment: 69** | | 426.56 | 506.95 |
| | INTEREST | 12.51 | | |
| | PRINCIPAL | 414.05 | | |

| Date | Description | | Amount | Balance |
|---|---|---|---|---|
| 02/10/2029 | **Scheduled Payment: 70** | | 426.56 | |
| 02/10/2029 | **Forecasted Payment: 70** | | 426.56 | 87.27 |
| | INTEREST | 6.88 | | |
| | PRINCIPAL | 419.68 | | |
| 03/10/2029 | **Scheduled Payment: 71** | | 88.34 | |
| 03/10/2029 | **Forecasted Payment: 71** | | 88.34 | 0.00 |
| | INTEREST | 1.07 | | |
| | PRINCIPAL | 87.27 | | |